UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THACH NGUYEN,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br>Respondent. | No. 1:26-cv-05167-DAD-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Petitioner is a federal immigration detainee proceeding through counsel with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 9, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's first amended petition for writ of habeas corpus (Doc. No. 9) be granted. (Doc. No. 13.) Specifically, the magistrate judge concluded that petitioner's post-removal order detention has exceeded six months and there is no significant likelihood of petitioner's removal in the reasonably foreseeable future. (*Id.* at 3–5.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days after service. (*Id.* at 6.) On October 10, 2026, respondent filed objections to the findings and recommendations which are comprised of a single sentence

stating that respondent objects for the reasons stated in its prior briefing. (Doc. No. 14.) These objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on October 9, 2026 (Doc. No. 13) are ADOPTED in full;
2. Petitioner's first amended petition for writ of habeas corpus (Doc. No. 9) is GRANTED as follows:
    a. Respondent is ORDERED to immediately release petitioner Thach Nguyen, A-File No. 249-103-954, from respondents' custody on the same conditions, if any, he was subject to prior to his re-detention on or about February 19, 2026;
    b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a pre-detention hearing before an immigration judge;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Processing Center; and
4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 19, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE